

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Sean Greg Erenstoft - #161898

_____/

CV 10 80 307 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that Sean Greg Erenstoft has been suspended following a criminal conviction by the State Bar Court effective November 12, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Sean Greg Erenstoft
Attorney At Law
Law Office of Sean Erenstoft
15260 Ventura Blvd Ste 2250
Sherman Oaks, CA 91403