**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV 10 80307 MISC VRW

Sean Greg Erenstoft,
                                       ORDER
    State Bar No 161898
_____/

       On December 14, 2010, the court issued an order to show cause (OSC) why Sean Greg Erenstoft should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California following a criminal conviction, effective November 12, 2010.

       The OSC was mailed to Mr Erenstoft's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. The OSC was returned by the post office as undeliverable. No response to the OSC has been filed as of this date.

       The court now orders Sean Greg Erenstoft removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

       IT IS SO ORDERED.

                                    VAUGHN R WALKER
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Sean Greg Erenstoft,

_____/

Case Number: CV10-80307 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sean Greg Erenstoft
3446 Caribeth Dr
Encino, CA 91436

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*